# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW DUGGAN<br>3415 Cardinal Lane<br>Dover, PA 17315 | : <br> : <br> : <br> : <br> : | Complaint – Class Action<br><br>No.: 1:24-CV-01784-CCC |
| Plaintiff, | : <br> : | |
| v. | : <br> : | |
| JORDAN ILYES<br>5 Codorun Lane<br>York, PA 17408 | : <br> : <br> : <br> : | |
| and | : <br> : | |
| JI PROPERTIES, LLC<br>5 Codorun Lane<br>York, PA 17408 | : <br> : <br> : <br> : | |
| and | : <br> : | |
| ILYES HOLDINGS 1, LLC<br>5 Codorun Lane<br>York, PA 17408 | : <br> : <br> : <br> : | |
| and | : <br> : | |
| ILYES HOLDINGS 2, LLC<br>5 Codorun Lane<br>York, PA 17408 | : <br> : <br> : <br> : | |
| and | : <br> : | |
| ILYES HOLDINGS 3, LLC<br>5 Codorun Lane<br>York, PA 17408 | : <br> : <br> : <br> : | |

1

|  |  |
|---|---|
| and | : |
|  | : |
| ILYES HOLDINGS 4, LLC | : |
| 5 Codorun Lane | : |
| York, PA 17408 | : |
|  | : |
| and | : |
|  | : |
|  | : |
| ILYES HOLDINGS 5, LLC | : |
| 5 Codorun Lane | : |
| York, PA 17408 | : |
|  | : |
| and | : |
|  | : |
|  | : |
| ILYES HOLDINGS 6, LLC | : |
| 5 Codorun Lane | : |
| York, PA 17408 | : |
|  | : |
| and | : |
|  | : |
|  | : |
| ILYES HOLDINGS 7, LLC | : |
| 5 Codorun Lane | : |
| York, PA 17408 | : |
|  | : |
| and | : |
|  | : |
|  | : |
| ILYES HOLDINGS 8, LLC | : |
| 5 Codorun Lane | : |
| York, PA 17408 | : |
|  | : |
| and | : |
|  | : |
|  | : |
| ILYES HOLDINGS 9, LLC | : |
| 5 Codorun Lane | : |
| York, PA 17408 | : |

|  |  |
|---|---|
| and | : |
|  | : |
| ILYES HOLDINGS 10, LLC | : |
| 5 Codorun Lane | : |
| York, PA 17408 | : |
|  | : |
| and | : |
|  | : |
| ILYES HOLDINGS A, LLC | : |
| 5 Codorun Lane | : |
| York, PA 17408 | : |
|  | : |
| Defendants. | : |

## **PLAINTIFF MATTHEW DUGGAN'S UNOPPOSED MOTION FOR APPROVAL OF AN FLSA COLLECTIVE ACTION SETTLEMENT**

Plaintiff Matthew Duggan ("Plaintiff"), on behalf of himself and others similarly situated, hereby moves, pursuant to 29 U.S.C. §216(b), for judicial approval of a settlement reached between himself and Defendant Jordan Ilyes, Defendant JI Properties, LLC, Defendant Ilyes Holdings 1, LLC, Defendant Ilyes Holdings 2, LLC, Defendant Ilyes Holdings 3, LLC, Ilyes Holdings 4, LLC, Defendant Ilyes Holdings 5, LLC, Defendant Ilyes Holdings 6, LLC, Defendant Ilyes Holding 7, LLC, Defendant Ilyes Holdings 8, LLC, Defendant Ilyes Holdings 9, LLC, Defendant Ilyes Holdings 10, LLC, and Defendant Ilyes Holdings A, LLC ("Defendants") after extensive, arms-length negotiations between their respective counsel. A fully executed copy of the settlement agreement is attached for the

3

Court's review. Plaintiff submits that the settlement is fair, reasonable, and adequate and therefore warrants this Court's approval.

**WHEREFORE,** Plaintiff requests that the Court sign and enter the accompanying proposed order approving the settlement of the above-captioned FLSA collective action.

Date: October 15, 2025

*/s/ Faith Pensinger*
Faith Pensinger, Esq.
Marzzacco Niven & Associates
945 East Park Drive, Suite 103
Harrisburg, PA 17111
TELE: (717) 231-1640
FAX: (717) 231-1650
