# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW DUGGAN<br>3415 Cardinal Lane<br>Dover, PA 17315 | : <br> : <br> : <br> : <br> : | Complaint – Class Action<br><br>No.: 1:24-CV-01784-CCC |
| Plaintiff, | : <br> : | |
| v. | : <br> : | |
| JORDAN ILYES<br>5 Codorun Lane<br>York, PA 17408 | : <br> : <br> : <br> : | |
| and | : <br> : | |
| JI PROPERTIES, LLC<br>5 Codorun Lane<br>York, PA 17408 | : <br> : <br> : <br> : | |
| and | : <br> : | |
| ILYES HOLDINGS 1, LLC<br>5 Codorun Lane<br>York, PA 17408 | : <br> : <br> : <br> : | |
| and | : <br> : | |
| ILYES HOLDINGS 2, LLC<br>5 Codorun Lane<br>York, PA 17408 | : <br> : <br> : <br> : | |
| and | : <br> : | |
| ILYES HOLDINGS 3, LLC<br>5 Codorun Lane<br>York, PA 17408 | : <br> : <br> : <br> : | |

1

|  |  |
|---|---|
| and | : |
|  | : |
|  | : |
| ILYES HOLDINGS 4, LLC | : |
| 5 Codorun Lane | : |
| York, PA 17408 | : |
|  | : |
| and | : |
|  | : |
|  | : |
| ILYES HOLDINGS 5, LLC | : |
| 5 Codorun Lane | : |
| York, PA 17408 | : |
|  | : |
| and | : |
|  | : |
|  | : |
| ILYES HOLDINGS 6, LLC | : |
| 5 Codorun Lane | : |
| York, PA 17408 | : |
|  | : |
| and | : |
|  | : |
|  | : |
| ILYES HOLDINGS 7, LLC | : |
| 5 Codorun Lane | : |
| York, PA 17408 | : |
|  | : |
| and | : |
|  | : |
|  | : |
| ILYES HOLDINGS 8, LLC | : |
| 5 Codorun Lane | : |
| York, PA 17408 | : |
|  | : |
| and | : |
|  | : |
|  | : |
| ILYES HOLDINGS 9, LLC | : |
| 5 Codorun Lane | : |
| York, PA 17408 | : |

|  |  |
|---|---|
| and | : |
|  | : |
| ILYES HOLDINGS 10, LLC | : |
| 5 Codorun Lane | : |
| York, PA 17408 | : |
|  | : |
| and | : |
|  | : |
| ILYES HOLDINGS A, LLC | : |
| 5 Codorun Lane | : |
| York, PA 17408 | : |
|  | : |
| Defendants. | : |

# ORDER

**AND NOW**, this 20th day of October, 2025, upon consideration of Plaintiff Matthew Duggan's "Unopposed Motion for Approval of an FLSA Collective Action Settlement ("Approval Motion"), the accompanying and fully executed "Settlement Agreement" ("Agreement"), and all other pages and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Settlement Agreement is **APPROVED** because it represents a fair, reasonable, and adequate resolution of a *bona fide* dispute under the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq.;

2. Attorney Faith Pensinger, Esq. of Marzzacco Niven & Associates is appointed to serve as counsel for purposes of representing Plaintiff during any and all further proceedings relating to the settlement; and

3.      This action is **DISMISSED** and **SETTLED**, although this Court shall retain jurisdiction over this action for purposes of overseeing any disputes arising from the implementation, administration, or enforcement of the settlement terms.

/s/ Keli M. Neary

**THE HONORABLE KELI M. NEARY**